# EXHIBIT B

Job #   10478666
Ref #   2024022090611

# Affidavit of Process Server

In The Superior Court of New Jersey in and for Bergen County - Law Division
### (NAME OF COURT)

Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, et al VS Quantarium Alliance, LLC, et al BER-L-000878-24

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT   CASE NUMBER |
|---|---|

I **Sharlene Brooks**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized to perform said service.

Service: I served _____ Quantarium Group, LLC _____
### NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Letter; Summons; Document Preservation Notice; First Request for the Production of Documents; First Set of Interrogatories; Complaint; Track Assignment Notice; Case Information Sheet (Received Feb 22, 2024 at 11:58am EST)
by leaving with _____ Sydney Torrey , Corp Specialist _____
### NAME/RELATIONSHIP/TITLE

Service Address: _____ Cogency Global Inc., Registered Agent 850 New Burton Road, Suite 201, Dover, DE 19904 _____

On _____ Thu, Feb 22 2024 _____ AT _____ 03:05 PM _____
DATE                                                                                        TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY            STATE            ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☒ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other _____

Description:   Age _____ Sex _____ Race _____ Height _____ Weight _____ Hair _____ Beard _____ Glasses _____

Date: February 23, 2024

_____
SIGNATURE OF PROCESS SERVER

Subscribed and sworn before me a Notary Public of the State of Delaware on February 23, 2024 (Date)

_____
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the State of Delaware

STUART ANDREW IDELSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 15, 2025