UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as an assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement office, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>                           Plaintiffs,<br><br>v.<br><br>QUANTARIUM ALLIANCE, LLC, AND QUANTARIUM GROUP, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | Civil Action No. 24-cv-04098<br><br>Removed from the Superior Court of New Jersey, Bergen County, Law Division |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned counsel for Defendants Quantarium Alliance, LLC and Quantarium Group, LLC certifies that: (1) neither Quantarium Alliance, LLC nor Quantarium Group, LLC has any parent corporation and (2) no publicly held corporation owns more than 10% of the stock of Quantarium Alliance, LLC or Quantarium Group, LLC.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), the undersigned counsel further certifies that (1) Defendant Quantarium Group, LLC is, and at the time of the commencement of this action was, a limited liability company formed under the laws of the State of Delaware, with its corporate headquarters and principal place of business in the State of Washington, (2) Quantarium Group, LLC has five members, (i) four individuals residing in the State of Washington and, (ii) defendant Quantarium Alliance, LLC, and (3) Quantarium Alliance, LLC

has 23 members, (i) 17 individuals residing in the State of Washington, (ii) two individuals residing in the State of Florida, (iii) one individual residing in the State of Texas, and (iv) one individual residing in the State of California, (v) one individual residing in the State of Massachusetts and, (vi) one individual residing in the State of Oklahoma.  Thus, Quantarium Group, LLC and Quantarium Alliance, LLC are considered citizens of the States of Washington, Florida, Texas, California, Massachusetts, and Oklahoma.

March 22, 2024                                                                          Respectfully Submitted,

SPIRO HARRISON & NELSON

By: /s/ Thomas M. Kenny
Thomas M. Kenny, Esq.
363 Bloomfield Avenue, Suite 2C
Montclair, NJ 07042
Attorneys for Defendants
Quantarium Alliance, LLC and
Quantarium Group, LLC

SHN\782021.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, a true and correct copy of Defendants' Rule 7.1 Corporate Disclosure Statement were electronically filed with the Clerk of the District Court and served upon counsel for Plaintiffs at the following address of record via email and U.S. mail:

>Rajiv D. Parikh, Esq.
>Kathleen Barnett Einhorn, Esq.
>Genova Burns LLC
>494 Broad Street
>Newark, NJ 07102

Dated: March 22, 2024

By: /s/ Thomas M. Kenny
Thomas M. Kenny, Esq.

SHN\782021.1