## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as an assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement office, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>　　　　　　　　　　　Plaintiffs,<br>v.<br><br>QUANTARIUM ALLIANCE, LLC, AND QUANTARIUM GROUP, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>　　Defendants. | Civil Action No. 24-cv-04098-SRC-AME<br><br>**APPLICATION FOR CLERK'S ORDER EXTENDING TIME UNDER LOCAL RULE 6.1(b)** |

　　　　Defendants Quantarium Alliance, LLC and Quantarium Group, LLC (the "Quantarium Defendants") hereby apply for a Clerk's Order under Local Rule 6.1(b) extending by 14 days the time within which defendants may answer, move, or otherwise respond to the Complaint filed by Plaintiffs herein.  (See ECF No. 1-1) The Quantarium Defendants represent that:

　　　　1.　　The Quantarium Defendants have not sought, or obtained, a previous extension of time to answer, move, or otherwise respond to the Complaint.

　　　　2.　　The Quantarium Defendants removed this above-captioned action to this Court on March 22, 2024.

　　　　3.　　Under Federal Rule of Civil Procedure 81(c)(2) and Federal Rule of Civil Procedure 6(a)(1)(C), the time to answer, move, or otherwise respond to the Complaint expires on April 1, 2024.

SHN\785403.1

  4. The Quantarium Defendants respectfully request a 14-day extension of time within which to answer, plead, or otherwise respond to the Complaint—i.e., until April 15, 2024.

March 26, 2024                  Respectfully Submitted,

                      SPIRO HARRISON & NELSON

                      By: <u>/s/ Thomas M. Kenny</u>
                      Thomas M. Kenny, Esq.
                      363 Bloomfield Avenue, Suite 2C
                      Montclair, NJ 07042
                      Attorneys for Defendants
                      Quantarium Alliance, LLC and
                      Quantarium Group, LLC

## **ORDER**

The application is ORDERED GRANTED; the time within which Defendants Quantarium Alliance, LLC and Quantarium Group, LLC must answer, move or otherwise respond to the Complaint is extended to April 15, 2024.

ORDER DATED                                              _____
                                                                                                Deputy Clerk

SHN\785403.1