UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as an assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement office, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>QUANTARIUM ALLIANCE, LLC, AND QUANTARIUM GROUP, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | Civil Action No. 24-cv-04098<br><br>**ENTRY OF APPEARANCE** |

Please enter the appearance of Francesca Simone, Esq. of Spiro Harrison & Nelson as counsel for Defendant Quantarium Group, LLC.

Dated: April 19, 2024

Respectfully Submitted,

SPIRO HARRISON & NELSON

By: */s/ Francesca Simone*

Francesca Simone, Esq.
363 Bloomfield Avenue, Suite 2C
Montclair, NJ 07042
(973) 744-2100
fsimone@shnlegal.com

*Attorneys for Defendant Quantarium Group, LLC*