**SPIRO HARRISON & NELSON**

Thomas M. Kenny, Esq.
tkenny@shnlegal.com

363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
Direct Dial: (973) 232-0890

June 11, 2024

**BY ECF**
Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:   *Atlas Data Privacy Corp., et al v. Quantarium Alliance, LLC et al.*
           No. 1:24-cv-04098-HB
           **Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

    This firm represents the defendants Quantarium Alliance, LLC and Quantarium Group, LLC (collectively, "Quantarium") in the above-referenced matter. We write to advise the Court that Quantarium joins the Consolidated Motion to Dismiss Brief, which was filed yesterday in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 1:24-cv-04105 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Quantarium respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

                                              Respectfully submitted,

                                              **SPIRO HARRISON & NELSON**

                                              By: /s/ *Thomas M. Kenny*
                                              Thomas M. Kenny, Esq.
                                              Francesca Simone, Esq.
                                              363 Bloomfield Avenue, Suite 2C
                                              Montclair, NJ 07042
                                              tkenny@shnlegal.com
                                              fsimone@shnlegal.com
                                              (973) 744-2100
                                              *Attorneys for Defendants Quantarium*
                                              *Alliance, LLC and Quantarium Group, LLC*