AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** New Jersey

| | |
|---|---|
| Atlas Data Privacy Corporation<br>Plaintiff(s),<br>V.<br>Quantarium Alliance, LLC and Quantarium Group<br>Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 24-cv-04098 |

Notice is hereby given that, subject to approval by the court, **Quantarium Alliance, LLC and Quantarium Group** (Party(s) Name) substitutes **Clair E. Wischusen** (Name of New Attorney), State Bar No. 018022009, as counsel of record in place of **Thomas M. Kenny** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Gordon Rees Scully Mansukhani, LLP
- Address: 290 W Mt. Pleasant Avenue, Suite 3310, Livingston, NJ 07039
- Telephone: 703-650-7030
- Facsimile: 202-800-2999
- E-Mail (Optional): cwischusen@grsm.com

I consent to the above substitution.
Date: 12/9/2024

Patrick M Cannon
*/s/ Patrick M Cannon/*
(Signature of Party(s))

I consent to being substituted.
Date: 12/9/2024

Thomas M. Kenny
*/s/ Thomas M. Kenny*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 12/9/2024

*/s/ Clair E. Wischusen*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**