```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY               :      CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :
QUANTARIUM ALLIANCE, LLC,        :      NO. 24-4098
et al.                           :
```
---
```
ATLAS DATA PRIVACY               :      CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :
INNOVATIVE WEB SOLUTIONS,        :      NO. 25-1535
LLC, et al.                      :
```

NOTICE OF TELEPHONE CONFERENCE

A **TELEPHONE CONFERENCE** in the above matters has been scheduled for **December 11, 2025,** at **2:30 p.m.** (EST) with the Honorable Harvey Bartle III, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Plaintiff's counsel is instructed to get all counsel on the telephone and then call in to Chambers at 215-597-2693 to be connected with the Judge promptly at the assigned time.

/s/ S. Renz
S. Renz
Judicial Assistant to
the Honorable Harvey Bartle III
United States District Court Judge
215-597-2693

DATED: November 25, 2025
HB/slr
Copies sent via ECF notification