IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1 and JANE DOE-2, *law enforcement officers*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONY and PATRICK COLLIGAN, and PETER ANDREYEV, <br><br> Plaintiffs, <br> v. <br><br> QUANTARIUM ALLIANCE, LLC *et al.*, <br><br> Defendants. | Case No. 24-4098 <br><br> NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION |

**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF JULIA R. LIVINGSTON**

To: All Counsel of Record

PLEASE TAKE NOTICE that Plaintiff Atlas Data Privacy Corporation ("Plaintiff") respectfully moves this Court pursuant to Local Civ. R. 101.1(c) to admit Julia R. Livingston *pro hac vice* in connection with this matter.

PLEASE TAKE FURTHER NOTICE that Plaintiff will rely upon the Certification of Jessica A. Merejo in support of this application. A proposed Order is attached.

Dated: December 17, 2025

/s/ *Jessica A. Merejo*
**PEM LAW LLP**
Jessica A. Merejo
1 Boland Dr., Suite 101
West Orange, New Jersey 07052
Telephone: (973) 557-5700
Email: jmerejo@pemlawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1 and JANE DOE-2, *law enforcement officers*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONY and PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>Plaintiffs,<br>v.<br><br>QUANTARIUM ALLIANCE, LLC *et al.*,<br><br>Defendants. | Case No. 24-4098<br><br>**CERTIFICATE OF SERVICE** |

I, JESSICA A. MEREJO, of full age, hereby certify as follows:

1. I am an attorney at law within the State of New Jersey and an associate at the law firm of PEM Law LLP, attorneys for plaintiffs in the above-captioned matter. I am admitted to practice in the United States District Court for the District of New Jersey. I have personal knowledge of the information provided in this Certification in accordance with Local Civ. R. 7.2(a).

2. I am a member in good standing of the bar of this Court. 3. On this date, I filed a true and correct copy of the Motion for *Pro Hac Vice* Admission of Julia R. Livingston, along with the Notice of Motion for Pro Hac Vice Admission, Certification of Julia R. Livingston, the Certification of Counsel, and Proposed Order.

Dated: January 9, 2025              /s/ *Jessica A. Merejo*
                                                  **PEM LAW LLP**
                                                  Jessica A. Merejo
                                                  1 Boland Dr., Suite 101
                                                  West Orange, New Jersey 07052
                                                  Telephone: (973) 557-5700
                                                  Email: jmerejo@pemlawfirm.com

Case 1:24-cv-04098-HB     Document 82     Filed 12/17/25     Page 3 of 8 PageID: 2068

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1 and JANE DOE-2, *law enforcement officers*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONY and PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>QUANTARIUM ALLIANCE, LLC *et al.*,<br><br>　　　　　　　Defendants. | Case No. 24-4098<br><br>**[PROPOSED] ORDER** |

　　This matter having been brought before this Court on a motion for admission *pro hac vice*, and this Court having reviewed the moving papers of the applicant, JULIA R. LIVINGSTON, and considered this matter pursuant to Fed. R. Civ. Proc. 78, and L. Civ. R. 101.1(c), and good cause having been shown; it is

　　**ORDERED** that JULIA R. LIVINGSTON be permitted to appear *pro hac vice*, provided that pursuant to Local Civil Rule 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out- of-state attorney of their receipt. Only an attorney at law of this Court may file paper, enter appearances for parties, sign stipulations, or sign and receive payment on judgments, decrees or orders; and it is further

　　**ORDERED** that JULIA R. LIVINGSTON make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and shall continue to make payment, or cause payment to be made,

for each calendar year in which Ms. Julia R. Livingston continues to represent Atlas, before this Court; and it is further

**ORDERED** that Julia R. Livingston shall pay the $250.00 fee required by Local Civil Rule 101(c)(3) for *pro hac vice* admission to the Clerk, United States District Courtforthe District of New Jersey shall also be payable within twenty (20) days of entry of this Order; and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within five days of its date of entry.

**IT IS SO ORDERED.**

Dated this \_\_\_\_ day of December, 2025.

_____
Hon. Harvey Bartle III
Judge of the United States District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1 and JANE DOE-2, *law enforcement officers*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONY and PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>     Plaintiffs,<br>  v.<br><br>QUANTARIUM ALLIANCE, LLC *et al.*,<br><br>     Defendants. | Case No. 24-4098<br><br>**CERTIFICATION OF JESSICA A. MEREJO** |

I, Jessica A. Merejo, of full age, hereby certify as follows:

1. I am an attorney at law within the State of New Jersey and an associate with the law firm of PEM Law LLP, attorneys for plaintiffs in the above-captioned matter. I am admitted to practice in the United States District Court for the District of New Jersey. I have personal knowledge of the information provided in this Certification in accordance with Local Civ. R. 7.2(a).

2. I make this Certification pursuant to L. Civ. R. 101.1(c) in support of the within motion for the admission of Julia R. Livingston, Esq. ("Ms. Livingston") *pro hac vice* ("Motion").

3. As set forth in the accompanying Certification, Mr. Livingston is a senior associate at the law firm of PEM Law, LLP, located in West Orange, New Jersey.

4. Ms. Livingston is an attorney in good standing in the State of New York.

5. Plaintiff Atlas Data Privacy Corporation ("Atlas") requested that Ms. Livingston be admitted *pro hac vice* for this matter. Ms. Livingston has particular experience in the relevant area

of law and facts in this matter and has a long association and a continuing attorney-client relationship with Atlas.

6. While working with Ms. Livingston on this matter and other Atlas cases, I have found her to be thoroughly professional, diligent, and competent. I have quickly developed a deep respect for her and her abilities.

7. If the Motion is granted, I will remain actively involved in this matter as Local Counsel and will ensure that all papers are prepared, filed, and served in the manner prescribed by the Local Civil Rules for the District of New Jersey, and will personally sign all papers such filed and served. In addition, either I or a member of my firm will be present for all court appearances in this matter.

8. I will be responsible for the conduct of Ms. Livingston in this litigation and, as Local Counsel, will comply with the requirements of L. Civ. R. 101.1(c).

9. If Atlas' motion is granted, I will ensure that Ms. Livingston fully complies with L. Civ. R. 101.1(c) including making the payments required to the New Jersey Lawyers' Fund for Client Protection.

10. Additionally, I will ensure that Ms. Livingston submits the requirement payment of $250.00 to the Clerk of the District Court of New Jersey pursuant to L. Civ. R.101.1(c)(3). 11.

11. It is respectfully requested that this motion for the pro hac vice admission of Ms. Livingston be heard on short notice prior to the argument or at the Court's earliest convenience.

12. I have communicated with counsel for Defendant, and Defendant has consented to the relief sought in this motion. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 17, 2025

*/s/ Jessica A. Merejo*
JESSICA A. MEREJO
**PEM LAW LLP**
1 Boland Drive, Suite 101 West Orange, NJ 07502
Telephone: (973) 577-550
Facsimile: (973) 860-4433
Email: jmerejo@pemlawfirm.com