```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY               :     CIVIL ACTION
CORPORATION, et al.              :
                                 :
      v.                         :
                                 :
QUANTARIUM ALLIANCE, LLC, et     :     NO. 24-4098
al.                              :


ATLAS DATA PRIVACY               :     CIVIL ACTION
CORPORATION, et al.              :
                                 :
      v.                         :
                                 :
NUWBER, INC., et al.             :     NO. 24-4609


ATLAS DATA PRIVACY               :     CIVIL ACTION
CORPORATION, et al.              :
                                 :
      v.                         :
                                 :
SPY DIALER, INC., et al.         :     NO. 24-11023


ATLAS DATA PRIVACY               :     CIVIL ACTION
CORPORATION, et al.              :
                                 :
      v.                         :
                                 :
PUBLICNSA, LLC, et al.           :     NO. 25-5989


ATLAS DATA PRIVACY               :     CIVIL ACTION
CORPORATION, et al.              :
                                 :
      v.                         :
                                 :
TRUE SOFTWARE SCANDINAVIA AB,    :     NO. 25-7650
et al.                           :
```

ORDER

AND NOW, this 3rd day of February 2026, it is hereby ORDERED that the court will hold Oral Argument regarding the motions of Defendants to dismiss the above actions for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure in Courtroom No. 5D in the United States Courthouse in Camden, New Jersey on Wednesday, February 18, 2026 at 10:00 a.m.

BY THE COURT:

/s/  Harvey Bartle III
                    J.