# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>QUANTARIUM GROUP, LLC, LLC, ET AL,<br><br>Defendants. | Civil Action No. 1:24-cv-04098-HB<br><br><br><br>**MOTION FOR ADMISSION OF JOHN T. MILLS** *PRO HAC VICE* |

PLEASE TAKE NOTICE that upon the accompanying Declaration of John T. Mills, dated February 11, 2026, the accompanying Declaration of Clair Elizabeth Wischusen, dated February 11, 2026, and all prior papers and proceedings heretofore had herein, the undersigned attorney for Defendant, QUANTARIUM GROUP, LLC hereby moves this Court for an Order admitting JOHN T. MILLS *pro hac vice*, to act as co-counsel in the above-captioned action for Defendant, QUANTARIUM GROUP, LLC.

Dated: February 11, 2026

/s/ Clair Wischusen
Clair Wischusen (NJ# 018022009)
**GORDON REES SCULLY MANSUKHANI LLP**
277 S. Washington Street
Suite 550
Alexandria, Virginia  22314
cwischusen@grsm.com