UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:    February 18, 2026

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**    KIMBERLY WILSON

**TITLE OF CASE:**                    **DOCKET NO.:** 24-4098 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
QUANTARIUM ALLIANCE, LLC., et al.

**APPEARANCES:**
Elliot Harvey Schatmeier, Esq., Eric Palmer, Esq., and Adam Shaw, Esq., for Plaintiffs.
Ashley A. Varghese, Esq. for Defendant

**NATURE OF PROCEEDINGS**:    HEARING ON [41] MOTION TO DISMISS

Hearing on [41] Motion to Dismiss held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 10:00a.m.        Time Adjourned: 10:27a.m.        Total Time in Court: 0:27