DNJ-CMECF-002 (Rev. 6/2025)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION et al.

Plaintiff(s),

v.

QUANTARIUM ALLIANCE, LLC et al.

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 1:24-cv-04098-HB

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Clair Wischusen
_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: John T. Mills

Firm: Gordon Rees Scully Mansukhani LLP

Address: One Battery Park Plaza, 28th Floor

New York, New York 10004

Email: jtmills@grsm.com

Phone: 212-453-0778

Admitted on behalf of: Quantarium Alliance, LLC

Quantarium Group, LLC